**Esmerelda AGUIRRE, Individually and as Next Friend for Jimmy Aguirre, a minor, Plaintiff–Appellant,**

v.

**CRYSTAL CITY INDEPENDENT SCHOOL DISTRICT; Albert Gonzales, Defendants–Appellees.**

No. 03–51072.

United States Court of Appeals, Fifth Circuit.

Decided June 18, 2004.

Jason J. Thompson, Thompson & Thompson, San Antonio, TX, for Plaintiff–Appellant.

Philip Marzec, Escamilla & Poneck, San Antonio, TX, for Defendants–Appellees.

Before JOLLY, DAVIS, and JONES, Circuit Judges.

PER CURIAM: *

The district court committed no reversible error in holding that the injury was neither foreseeable nor caused by the defendants. Furthermore, on the record before us, the defendants, sued only in their official capacity, cannot be held liable because the evidence fails to establish a policy that was the moving force behind the constitutional violation. *See Rivera v. Houston Indep. Sch. Dist.*, 349 F.3d 244 (5th Cir.2003). The district court's judg-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ment dismissing the complaint is therefore AFFIRMED.